**RIMAC MARTIN, P.C.**
Anna M. Martin  SBN 154279
amartin@rimacmartin.com
William Reilly  SBN 177550
wreilly@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: 415.561-8440
Facsimile: 415.561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**CREITZ & SEREBIN LLP**
Joseph A. Creitz, SBN 169552
joe@creitzserebin.com
250 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: 415.446.3090
Facsimile:  415.513.4475

Attorney for Plaintiff
AMANDA McCABE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA McCABE, <br><br> Plaintiff, <br><br> v. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA, in its capacity as fiduciary and insurer of the Bellrock Media, Inc. Group Long Term Disability Plan, <br><br> Defendant. | Case No.  3:13-cv-05279 MMC <br><br> **STIPULATION TO PERMIT COUNSEL FOR DEFENDANT TO APPEAR AT THE MARCH 21, 2014 CASE MANAGEMENT CONFERENCE BY TELEPHONE;** [PROPOSED] **ORDER**; DIRECTIONS TO PARTIES <br><br> Judge: Hon. Maxine M. Chesney |

1

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA may appear by telephone at the March 21, 2014 Case Management conference.

Good cause exists for this extension as defense counsel Anna M. Martin is on vacation and defense counsel William Reilly will be with his children who have off from school on March 21, 2014.

**RIMAC MARTIN, P.C.**

DATED: March 19, 2014

By: /s/ William Reilly
WILLIAM REILLY
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**CREITZ & SEREBIN LLP**

DATED: March 19, 2014

By: /s/ Joseph A. Creitz
JOSEPH A. CREITZ
Attorney for Plaintiff
AMANDA MCCABE

**IT IS SO ORDERED:.** All parties are hereby DIRECTED to appear by telephone at the March 21, 2014 Case Management Conference.

_____
HON. MAXINE M. CHESNEY

---

2

STIPULATION TO PERMIT COUNSEL FOR DEFENDANT TO APPEAR AT THE MARCH 21, 2014
CASE MANAGEMENT CONFERENCE BY TELEPHONE; [PROPOSED] ORDER
Case No.  3:13-cv-05279 MMC