1  **RIMAC MARTIN, P.C.**
   Anna M. Martin  SBN 154279
2  amartin@rimacmartin.com
   William Reilly  SBN 177550
3  wreilly@rimacmartin.com
   1051 Divisadero Street
4  San Francisco, CA 94115
5  Telephone:  415.561-8440
   Facsimile:  415.561-8430
6

7  Attorneys for Defendant
   UNUM LIFE INSURANCE COMPANY OF AMERICA
8
   **CREITZ & SEREBIN LLP**
9  Joseph A. Creitz, SBN 169552
   joe@creitzserebin.com
10 250 Montgomery Street, Suite 1400
   San Francisco, CA 94104
11 Telephone:  415.446.3090
   Facsimile:  415.513.4475
12

13 Attorney for Plaintiff
   AMANDA McCABE
14

15            **IN THE UNITED STATES DISTRICT COURT**
16            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
              **SAN FRANCISCO DIVISION**
17

| | | |
|---|---|---|
| AMANDA McCABE, | ) | Case No.  3:13-cv-05279 MMC |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL OF** |
| | ) | **ACTION WITH PREJUDICE;** |
| v. | ) | **[PROPOSED] ORDER** |
| | ) | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, in its capacity as fiduciary and insurer of the Bellrock Media, Inc. Group Long Term Disability Plan, | ) ) ) ) | Judge: Hon. Maxine M. Chesney |
| | ) | |
| Defendant. | ) | |

1

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
Case No.  3:13-cv-05279 MMC

IT IS HEREBY STIPULATED by and between the Plaintiff AMANDA McCABE and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

**SO STIPULATED.**

**RIMAC MARTIN, P.C.**

DATED:  June 23, 2014            By: */s/ Anna Martin*
ANNA M. MARTIN
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**CREITZ & SEREBIN LLP**

DATED:  June 23, 2014            By: */s/ Joseph A. Creitz*
JOSEPH A. CREITZ
Attorney for Plaintiff
AMANDA MCCABE

**IT IS SO ORDERED:**

Dated: July 1, 2014

_____
HON. MAXINE M. CHESNEY

2
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
Case No.  3:13-cv-05279 MMC